UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Gillum and Sarah Gillum<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Company<br><br>Defendant. | Case No. 1:24-cv-0411-KES-HBK<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed September 24, 2024.

September 26, 2024

KEITH HOLLAND, CLERK

By: /s/ S. Robles,
Deputy Clerk