UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GILLUM, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | No. 1:24-cv-00411-KES-HBK<br><br>ORDER RE STIPULATION REGARDING ATTORNEYS FEES AND/OR COSTS<br><br>(Doc. 20) |

On September 24, 2024, plaintiffs Joseph Gillum and Sarah Gillum filed a request for entry of judgment pursuant to Federal Rule of Civil Procedure 68 and, on September 26, 2024, the Clerk entered Judgment. Docs. 17, 18. On September 26, 2024, the assigned magistrate judge ordered that, within 60 days, (1) plaintiffs were to file a motion for attorney fees and/or costs, or (2) the parties were to file a stipulation as to attorney fees and/or costs. Doc. 19.

On November 25, 2024, the parties filed a stipulation of attorneys' fees and/or costs. Doc. 20. Having considered the stipulation, the court hereby orders that:

1. Defendant shall pay plaintiffs' attorneys' fees, costs and expenses by January 20, 2025, in the amount of $23,000.00.

2. The court shall retain jurisdiction over this action until January 31, 2025.

1

1     3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 4, 2024

                        UNITED STATES DISTRICT JUDGE